UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS GONZALEZ-CAMPOS,<br><br>Defendant. | No. 5:14-mj-00025-JLT<br><br>**DETENTION ORDER**<br>(Violation of Supervised Release ) |

     The defendant having been arrested for alleged violation(s) of the terms and conditions of his supervised release; and

     Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

[X]   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

[ ]   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

     This finding is based on the reasons stated on the record.

DATE:  5/9/2014

                                      /s/ Jennifer L. Thurston
                                         U.S. Magistrate Judge